UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GENNA B. LAABS,

        Plaintiff,

        v.                                          Case No. 20-C-1534

FAITH TECHNOLOGIES, INC.,
BOARD OF DIRECTORS OF
FAITH TECHNOLOGIES, INC., and
JOHN AND JANE DOES 1–30,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        On November 9, 2022, Magistrate Judge Stephen C. Dries recommended that I grant the defendants' motion for partial reconsideration, grant the defendants' motion to dismiss the plaintiff's complaint in its entirety, and grant the plaintiff leave to file an amended complaint. The parties have not filed objections to this recommendation. After careful consideration of the Report and Recommendation, as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge.

        **IT IS THEREFORE ORDERED** that Magistrate Judge Dries' Report and Recommendation (Dkt. No. 51) is **ADOPTED**.

        **IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendants' motion for partial reconsideration (Dkt. No. 46) and motion to dismiss (Dkt. No. 9) are **GRANTED**. The complaint fails to state a claim upon which relief can be granted and is dismissed for that reason. The dismissal is without prejudice, however, and the

plaintiff will be allowed 30 days from the date of this order in which to file an amended complaint. If no amended complaint is filed within the time allowed, the case will be dismissed.

Dated at Green Bay, Wisconsin this 2nd day of December, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge