# United States District Court

### EASTERN DISTRICT OF WISCONSIN

GENNA B. LAABS, individually and as
representative of a class of participants and
beneficiaries of the Faith Technologies
Incorporated 401(k) Retirement Plan,

        Plaintiff(s),

                **JUDGMENT IN A CIVIL CASE**

    v.                    Case No. 20-C-1534

FAITH TECHNOLOGIES, INC., et al.,

        Defendant(s).

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been
tried and the jury has rendered its verdict

☒    **Decision by Court.**  This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this
case is DISMSISED with prejudice.

                      Approved:  s/ William C. Griesbach
                                     WILLIAM C. GRIESBACH
                                     United States District Judge

Dated:  January 19, 2024

                                   GINA M. COLLETTI
                                   Clerk of Court

                                   s/ Mara A. Corpus
                                   (By) Deputy Clerk